## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| STRUCTURLAM MASS TIMBER U.S., INC., *et al.*,[1] | Case No. 23-10497 (CTG) |
|  | (Jointly Administered) |
| Debtors. |  |
| HEATHER L. BARLOW, LIQUIDATING TRUSTEE OF THE STRUCTURLAM LIQUIDATING TRUST, | ADVERSARY NO. 25-50555-CTG |
| Plaintiff, |  |
| v. |  |
| INTERSTATE DRYWALL CORPORATION, |  |
| Defendant. |  |

## ORDER APPROVING
## THIRD STIPULATION FOR EXTENSION OF TIME TO
## RESPOND TO ADVERSARY COMPLAINT

The Court having considered the Third Stipulation for Extension of Time to Respond to Adversary Complaint, a copy of which is attached hereto as **Exhibit 1** (the "Stipulation"),[2] and the Court having determined that good cause exists for approval of the Stipulation,

IT IS HEREBY ORDERED that:

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number or Canadian business number, as applicable, include: Structurlam Mass Timber U.S., Inc. ("SMTU") (6287); Natural Outcomes, LLC (n/a); Structurlam Mass Timber Corporation ("SMTC") (5050); and SLP Holdings Ltd. (3114). The location of the Debtors' headquarters is: 2176 Government Street, Penticton, British Columbia, Canada V2A 8B5. The address of the registered agent for Structurlam Mass Timber U.S., Inc. is: 8 The Green, Suite A, Dover, Delaware 19901.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Stipulation.

4933-5008-0335 v1

1.       The Stipulation is hereby approved.

2.       Defendant's time to move, answer or otherwise plead in response to the complaint filed in this action is extended through and including July 7, 2025.

3.       This Court retains jurisdiction over any and all matters arising from or related to the implementation or interpretation of the Stipulation and this Order.

**Dated: June 23rd, 2025**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**

**<u>Exhibit 1</u>**

**Third Stipulation for Extension of Time
to Respond to Adversary Complaint**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| STRUCTURLAM MASS TIMBER U.S., INC., *et al.*,[1] | Case No. 23-10497 (CTG) |
|  | (Jointly Administered) |
| Debtors. |  |
| HEATHER L. BARLOW, LIQUIDATING TRUSTEE OF THE STRUCTURLAM LIQUIDATING TRUST, | ADVERSARY NO. 25-50555-CTG |
| Plaintiff, |  |
| v. |  |
| INTERSTATE DRYWALL CORPORATION, |  |
| Defendant. |  |

**THIRD STIPULATION FOR EXTENSION OF TIME
TO RESPOND TO ADVERSARY COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between the plaintiff, Heather L. Barlow, solely in her capacity as liquidating trustee (the "Trustee") of the Structurlam Liquidating Trust (the "Trust" or "Plaintiff") and defendant Interstate Drywall Corporation ("Interstate" or "Defendant"), pursuant to Del. Bankr. L.R. 7012-2, that the time within which the Defendant must

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number or Canadian business number, as applicable, include: Structurlam Mass Timber U.S., Inc. ("SMTU") (6287); Natural Outcomes, LLC (n/a); Structurlam Mass Timber Corporation ("SMTC") (5050); and SLP Holdings Ltd. (3114). The location of the Debtors' headquarters is: 2176 Government Street, Penticton, British Columbia, Canada V2A 8B5. The address of the registered agent for Structurlam Mass Timber U.S., Inc. is: 8 The Green, Suite A, Dover, Delaware 19901.

4933-5008-0335 v1

2

move, answer, or otherwise plead in response to the Adversary Complaint [Adv. D.I. #1] in the above-captioned adversary proceeding is hereby extended through and including July 7, 2025.

| | |
|---|---|
| /s/ Leslie B. Spoltore<br>Leslie B. Spoltore, Esquire<br>Edmond M. George, Esquire (*pro hac vice*)<br>OBERMAYER REBMANN MAXWELL & HIPPEL LLP<br>123 South Justison Street, Suite 100<br>Wilmington, DE 19801<br>Phone: (302) 238-6947<br>Email: leslie.spoltore@obermayer.com<br>          edmond.george@obermayer.com<br><br>*Counsel to Heather L. Barlow, Liquidating Trustee of the Structurlam Liquidating Trust*<br><br>Dated: June 20, 2025 | /s/ Joseph Carlos<br>Joseph Carlos<br>INTERSTATE DRYWALL CORPORATION<br>125 Chubb Ave #200s<br>Lyndhurst, NJ 07071<br>Phone: (973) 428-2800<br>Email: jcarlos@iscnj.com<br><br>*Controller for Interstate Drywall Corporation*<br><br>Dated: June 20, 2025 |